STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BRYE<br><br>    Plaintiff,<br><br>v.<br><br><br><br>CITY OF STOCKTON AND STOCKTON POLICE OFFICERS J ANTHONY BROWN, JIMMY INN, T INN, TIFFANY HOWES AND DOES 1- 50<br><br>    Defendants. | Case No. 2:23−CV−00343−KJM−KJN<br><br>**JOINT STIPULATION FOR PLAINTIFFS TO FILE A FIRST AMENDED COMPLAINT AND ORDER** |

      Plaintiff ("Plaintiff"), and Defendants ("Defendants"), by and through their respective attorneys of record, hereby stipulate to the following:

1

1. WHEREAS Plaintiff's counsel and counsel for Defendants have met and conferred and have agreed to Plaintiff filing a first amended complaint clarify the facts alleged and to name Stockton Police Officers J Anthony Brown as substitution for DOE defendant 1, Jimmy Inn as substitution for DOE defendant 2, T Inn as substitution for DOE defendant 3, Tiffany Howes as substitution for DOE defendant 4, Sergeant Thurlow as substitution for DOE defendant 5.

2. WHEREFORE good cause has been shown and the parties have stipulated thereto, by and through their respective counsel, that Plaintiff should be allowed to file a first amended complaint to clarify the facts alleged and to name Stockton Police Officers J Anthony Brown as substitution for DOE defendant 1, Jimmy Inn as substitution for DOE defendant 2, T Inn as substitution for DOE defendant 3, Tiffany Howes as substitution for DOE defendant 4, Sergeant Thurlow as substitution for DOE defendant 5.

IT IS SO STIPULATED The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: August 4, 2023

Respectfully submitted,

/s/ *Stanley Goff*
STANLEY GOFF
Attorney for Plaintiff,

DATED: August 4, 2023            Respectfully submitted,

/s/ *Mark Berry*
MARK BERRY
Attorney for Defendants

ORDER

An amended complaint shall be filed **within fourteen days**.

IT IS SO ORDERED.

DATED: August 16, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE