UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn Brye, | CASE NO. 2:23-CV-00343-KJM-CSK |
| Plaintiff, | ORDER |
| v. | |
| City of Stockton et al., | |
| Defendants. | |

The court has considered the parties' stipulation and proposed order regarding extending the deadline for having a hearing on dispositive motions. In consideration of the same, and for good cause shown, IT IS HEREBY ORDERED that:

The court will hold a hearing on the dispositive motions in this action at the court's currently scheduled Law and Motion Calendar on January 23, 2025, at 10:00 a.m. if the court determines a hearing is necessary.

IT IS SO ORDERED.

DATED: October 22, 2024.

_____
UNITED STATES DISTRICT JUDGE

1