**LAW OFFICE OF STANLEY GOFF**
Stanley Goff (SBN 289564)
15 Boardman Place Suite 2
San Francisco, CA 94103
Tel: (415) 571-9570
Attorney for Plaintiff
SHAWN BRYE

**MAYALL HURLEY, P.C**.
A Professional Corporation
112 S. Church Street
Lodi, CA 95240
Telephone: (209) 477-3833
MARK E. BERRY, ESQ
CA State Bar No. 155091

Attorneys for Defendants,
CITY OF STOCKTON et al

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN BRYE | Case No. 2:23-CV-00343-KJM-CSK |
| Plaintiff, | **STIPULATION AND ORDER TO STAY ALL PROCEEDINGS AND COURT DEADLINES** |
| vs. | |
| CITY OF STOCKTON AND STOCKTON POLICE OFFICERS DOES 1-50 | |
| Defendants. | |

WHEREAS the parties have met and conferred by and through their respective counsel, and hereby stipulate and request as follows:

WHEREAS, Plaintiff's Counsel, Stanley Goff, is currently receiving critical medical care and housed in an intensive care unit due to an incident occurring on November 29, 2024;

WHEREAS, Mr. Goff will need to undergo an extensive recovery period following said care;

WHEREAS, Mr. Goff requested Fulvio F. Cajina, Esq to specially appear and meet and confer with counsel to stipulate to a stay of the litigation;

1    WHEREAS, Fulvio F. Cajina, Esq. is specially appearing for Mr. Goff in the above-

2  captioned case as Mr. Goff recovers;

3    WHEREAS, Fulvio F. Cajina, Esq. notified defense counsel on December 2, 2024

4  regarding the seriousness of Mr. Goff's medical condition;

5    WHEREAS, defense counsel agreed  to stipulate to a stay of litigation to allow for Mr.

6  Goff's hospitalization and recuperation;

7    WHEREAS, said unforeseen circumstance constitutes good cause to stay all pending

8  proceedings and deadlines in the above-captioned for a period of three (3) months;

9    NOW, THEREFORE, the Parties hereby stipulate, agree, and respectfully request that:

10   1.  The Court stay the litigation, including all proceedings and upcoming deadlines, in all

11       respects, for the next ninety (90) days in the above-captioned matter;

12   2.  That the Court set a Case Management Conference in March 2025, per the availability

13       of the Court, for a status update on this matter.

14   3.  The Parties agree to provide the Court an updated joint case management statement

15       seven (7) days in advance of said Case Management Conference with a status update

16       and a proposed scheduling order for any deadlines impacted by this stay.

17   **IT IS SO STIPULATED.**

18                                   Respectfully submitted,

19                                   **LAW OFFICE OF FULVIO F. CAJINA**

20   Dated: December 3, 2024            _____ /s/ Fulvio Cajina_  (as authorized 12/3/24)
21                                   FULVIO F. CAJINA, ESQ.
                                    Specially Appearing for Plaintiff
22

23   Dated: December 3, 2024         **MAYALL HURLEY, P.C.**
24                                   _____/s/Mark E. Berry_ (as authorized 12/3/24) ___
                                    MARK E. BERRY, ESQ.
25                                   Attorneys for Defendants,
                                    CITY OF STOCKTON et al
26

27

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

1. Finding good cause, this matter is stayed, including all proceedings and upcoming deadlines, in all respects, for the next ninety (90) days in light of Mr. Goff's medical situation;

2. A Case Management Conference is set for March 27, 2025 at 2:30 p.m. before the undersigned. The Parties are ordered to file a joint case management statement seven (7) days prior to the Case Management Conference wherein the Parties will provide the Court an update and propose an amended scheduling order for any deadlines impacted by this stay.

Dated:  December 9, 2024.

_____
UNITED STATES DISTRICT JUDGE