# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAWN BRYE ,** | **JUDGMENT IN A CIVIL CASE** |
| | CASE NO: **2:23–CV–00343–KJM–CSK** |
| v. | |
| **CITY OF STOCKTON , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/5/2025 .**

ENTERED:   **November 5, 2025**          /s/ **Keith Holland**
                                                                        Clerk of Court